UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis TAPIA–FIERRO,
Defendant–Appellant.

No. 02–10454.

D.C. No. CR–01–01115–FJM.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT
and GRABER, Circuit Judges.

MEMORANDUM**

Jose Luis Tapia–Fierro appeals the 104–month sentence imposed after a jury convicted him of attempted illegal re-entry following deportation in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether a district court misapprehended the law, and review for clear error its factual determinations with respect to the acceptance-of-responsibility reduction. *United States v. Cortes,* 299 F.3d 1030, 1037 (9th Cir.2002). We vacate and remand for resentencing.

Tapia–Fierro contends that the district court erred in denying his request for a three-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1. The district court did not make any specific findings regarding Tapia–Fierro's remorse or contrition, his actual acceptance of responsibility, or the applicable guideline factors. *See* U.S.S.G. § 3E1.1 (Application Note 1). Because it is unclear if the district court denied an acceptance-of-responsibility reduction based on Tapia–Fierro's exercise of his constitutional right to a trial by jury, we vacate Tapia–Fierro's sentence and remand so the district court can consider the appropriate factors related to the acceptance of responsibility reduction. *See Cortes,* 299 F.3d at 1038–39.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

